SEALED

FILED
AUG 1 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEWAYNE DUDLEY,<br><br>Defendant(s). | Case No. _____<br><br>22CR227 JFH<br><br>FILED UNDER SEAL<br><br>INDICTMENT<br>[COUNT ONE: 18 U.S.C. § 242 – Deprivation of rights Under Color of Law;<br>COUNT TWO: 18 U.S.C. § 1001- Obstruction] |

**THE GRAND JURY CHARGES:**

### Introduction

At all times relevant to this Indictment:

1. The defendant, **DEWAYNE DUDLEY**, worked as a private prisoner transport officer for Blue Raven Services ("BRS").

2. Local jails and prisons throughout the United States of America hired BRS to transport individuals who were arrested pursuant to out-of-state warrants.

3. The defendant, **DEWAYNE DUDLEY**, transported these individuals to the jurisdictions that initially issued the warrants.

4. The defendant, **DEWAYNE DUDLEY**, by virtue of working as a private prisoner transport officer, was required to act in compliance with the United States Constitution.

5. F.M. was a male in custody, arrested on an out-of-state warrant, whom defendant, **DEWAYNE DUDLEY**, transported from Warrick County, Indiana, to Valencia County, New Mexico.

6. Paragraphs One through Five are incorporated by reference in the counts below.

## COUNT ONE
## [18 U.S.C. § 242]

7.      On or about August 27, 2021, in the Northern District of Oklahoma, the defendant, **DEWAYNE DUDLEY**, while acting under color of law, willfully deprived F.M. of his fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he touched F.M.'s penis and testicles without his consent and without a legitimate law enforcement purpose. The defendant's conduct resulted in bodily injury to F.M. and included kidnapping.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO
## [18 U.S.C. § 1001]

8. On or about December 16, 2021, in the Northern District of Oklahoma, the defendant, **DEWAYNE DUDLEY**, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations to Special Agents of the Federal Bureau of Investigation ("FBI") in relation to a matter within the jurisdiction of the FBI, an agency within the executive branch of the United States. Specifically, the defendant, **DEWAYNE DUDLEY**, told Special Agents of the FBI, that, while transporting F.M. from Indiana to New Mexico, he never took F.M. to a hotel and he never took F.M. to **DEWAYNE DUDLEY'S** then-residence. These statements and representations were false, because, as defendant, **DEWAYNE DUDLEY**, then and there well knew, he had taken F.M. to a hotel and to his then-residence while transporting F.M. from Indiana to New Mexico.

All in violation of Title 18, United States Code, Section 1001.

CLINTON J. JOHNSON  
United States Attorney

_____  
CLAY COMPTON  
Special Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson

KRISTEN M. CLARKE  
Assistant Attorney General  
Civil Rights Division, U.S. Department of Justice

_____  
LAURA B. GILSON  
Trial Attorney  
Criminal Section, Civil Rights Division